Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

FILED
07 DEC 19 PM 12:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>Defendants. | Case No.<br><br>**'07 CV 2380 JM AJB**<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>BY FAX |

Notice Of Party With Financial Interest
Case No.

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Local Rule 40.2, I, the undersigned counsel of record for Plaintiff, the Center for Biological Diversity, state that to the best of my knowledge and belief, the Center for Biological Diversity is a non-profit corporation that has no parent companies, subsidiaries, or affiliates which have outstanding securities in the hands of the public.

Respectfully submitted,

DATED: December 18, 2007

Respectfully submitted,

_/s/ Lisa T. Belenky_

Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683

Attorney for Plaintiff