Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior, <br><br> Defendants. | Case No. 3:07-cv-02380-JM-AJB <br><br> **PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS** |

A copy of the executed Summons addressed to both Defendants is attached hereto as Exhibit A, and a copy of the Complaint in this matter were served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure, by sending a copy of the Summons and Complaint via registered mail, return receipt requested, on December 19, 2007, to the following:

Dirk Kempthorne, Secretary of the Interior
1849 C Street N.W.
Washington, D.C. 20240

Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street N.W., Room 3012
Washington, D.C. 20240-0001

U. S. Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
United States Attorney
Southern District of California
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

The documents were received on January 2, 2008, January 2, 2008, December 26, 2007, and December 26, 2007, respectively. Along with the Summons and Complaint in this matter, copies of the following documents were served on each of the Defendants and the U.S. Attorney as listed above:

1. Civil Cover Sheet filed December 19, 2007;

2. Notice of Party with Financial Interest filed December 19, 2007.

Respectfully submitted,

DATED: January 17, 2008        /s/ Lisa T. Belenky
                               Lisa T. Belenky (CA Bar No. 203225)
                               CENTER FOR BIOLOGICAL DIVERSITY
                               1095 Market St., Suite 511
                               San Francisco, CA 94103
                               Telephone: (415) 436-9682 x 307

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS        3
Case No. 3:07-cv-02380-JM-AJB

1  Facsimile: (415) 436-9683

2  John Buse (CA Bar No. 163156)
3  CENTER FOR BIOLOGICAL DIVERSITY
   5656 S. Dorchester Avenue No. 3
4  Chicago, IL  60637
   Telephone: (323) 533-4416
5  Fax: (610) 885-2187
   Email: jbuse@biologicaldiversity.org
6
7  Attorneys for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND OTHER DOCUMENTS                1
Case No. 3:07-cv-02380-JM-AJB

# Exhibit A

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>vs<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior, | **SUMMONS IN A CIVIL ACTION**<br>Case No.<br><br>'07 CV 2380 JM AJB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lisa T. Belenky (CA Bar No. 203225), CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____12/19/07_____
              CLERK                                          DATE

By _____, Deputy Clerk

Summons in a Civil Action                                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me | DATE | 12-19-2007 |
| NAME OF SERVER Lisa T. Belenky | TITLE | Staff Attorney |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify): Served on both Defendants pursuant to FRCP 4(i)

**STATEMENT OF SERVICE FEES**

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: December 19, 2007  /s/ Lisa T. Belenky
             Date                  Signature of Server

CBD, 1095 Market St., Suite 511, San Francisco, CA 94103
Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)