1  David P. Hubbard (State Bar No. 148660)
   Mark J. Dillon (State Bar No. 108329)
2  Rachel C. Cook (State Bar No. 230140)
   Gatzke Dillon & Ballance LLP
3  1525 Faraday Avenue, Suite 150
   Carlsbad, California 92008
4  Telephone: (760) 431-9501
   Facsimile:  (760) 431-9512
5
6  Attorneys for Real Party-Intervenor,
   The Newhall Land and Farming Company
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 07-CV-2380 (JM AJB) |
| Plaintiff, | **THE NEWHALL LAND AND FARMING COMPANY'S NOTICE OF MOTION TO INTERVENE AS REAL PARTY-INTERVENOR** |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior | Assignment: The Honorable Jeffrey T. Miller |
| Defendants. | |
| THE NEWHALL LAND AND FARMING COMPANY, | Date: April 25, 2008
Time: 1:30 p.m.
Place: Courtroom 16 |
| Real Party-Intervenor. | Oral Argument Not Required |

---

*THE NEWHALL LAND AND FARMING COMPANY'S NOTICE OF MOTION*                                                         07CV2380
*TO INTERVENE AS REAL PARTY-INTERVENOR*

To the Court, all parties, and their respective counsel of record:

PLEASE TAKE NOTICE that on April 25, 2008, at 1:30 p.m., a hearing will be held before the Honorable Judge Jeffrey T. Miller of the United States District Court, Southern District of California, located at 880 Front Street, Courtroom 16 in San Diego, California, on the motion by The Newhall Land and Farming Company ("Newhall") to intervene in the above-captioned action to oppose the complaint submitted by the plaintiff.

This motion is made pursuant to Federal Rule of Civil Procedure 24(a) and (b), on the grounds that Newhall has a significant and protectable interest relating to the property that is the subject of this action. If permitted, Newhall's intervention would be on the side of the named defendants, the U.S. Fish and Wildlife Service and the Secretary of the Interior, Dirk Kempthorne, and would be in the form of an answer to the pending claims filed by plaintiff, Center for Biological Diversity.

This motion is made following the conference of counsel, as described in the concurrently filed Declaration of David P. Hubbard. Further, the motion is based on this Notice, the accompanying motion to intervene as Real Party-Intervenor, the legal memorandum supporting the motion, the Declaration of David P. Hubbard, all matters upon which this Court may take judicial notice, and any documents submitted before or at the scheduled hearing.

March 19, 2008                                        Respectfully submitted,

                                                  David P Hubbard
                                                  Mark J. Dillon
                                                  Rachel C. Cook
                                                  Gatzke Dillon & Ballance LLP

                                                  Attorney for Applicant for Intervention, The Newhall Land and Farming Company

                                                  By: ___*/s/ David P. Hubbard*_____
                                                         David P. Hubbard

1