Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>Defendants. | Case No. 3:07-cv-02380-JM-AJB<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE
Case No. 3:07-cv-02380-JM-AJB

Notice is hereby given of the entry of the undersigned as counsel for Plaintiffs in the above-entitled action. Pursuant to Federal Rule of Civil Procedure 5 and all applicable local rules, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> John Buse (SBN 163156)
> CENTER FOR BIOLOGICAL DIVERSITY
> 5656 S. Dorchester Avenue No. 3
> Chicago, IL  60637
> Telephone: (323) 533-4416
> Email: jbuse@biologicaldiversity.org

Dated:  March 20, 2008               s/ John Buse
                                     John Buse (CA Bar No. 163156)
                                     CENTER FOR BIOLOGICAL DIVERSITY
                                     Email: jbuse@biologicaldiversity.org

                                     Attorney for Plaintiff

NOTICE OF APPEARANCE                                                                           1
Case No. 3:07-cv-02380-JM-AJB

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of March, 2008, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Meredith Flax<br>Email: meredith.flax@usdoj.gov | Attorney for Defendants United States Fish and Wildlife Service and Dirk Kempthorne |
| David Hubbard<br>Email: dhubbard@gdandb.com | Attorney for Defendant-Intervenor Applicant Newhall Land and Farming Company |

Dated: March 20, 2008

s/ John Buse
John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
Email: jbuse@biologicaldiversity.org

Attorney for Plaintiff