Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>Defendants. | Case No. 3:07-cv-02380-JM-AJB<br><br>**PLAINTIFF'S RESPONSE TO THE NEWHALL LAND AND FARMING COMPANY'S MOTION TO INTERVENE**<br><br>Assigned to:   Hon. Jeffrey T. Miller<br><br>Date:         April 25, 2008<br>Time:         1:30<br>Courtroom:    16 |

Plaintiff's Response to Newhall Land and Farming Company's Motion to Intervene
Case No. 3:07-cv-02380-JM-AJB

Applicant-in-Intervention Newhall Land and Farming Company ("Newhall") has moved to intervene in this action as of right under Federal Rule of Civil Procedure 24(a) and permissively under Federal Rule of Civil Procedure 24(b).  Newhall states that the existing parties have no opposition to its intervention.  Memo. Sup. Motion to Intervene at 4:9-12.  However, Plaintiff Center for Biological Diversity (the "Center") has made clear to Newhall that its non-opposition is conditional.  The Center therefore submits this response to Newhall's Motion to Intervene to clarify the Center's position regarding Newhall's intervention and to state the condition the Center has attached to its non-opposition.

Prior to filing the Motion to Intervene, counsel for Newhall contacted counsel for the Center and submitted a written proposal, dated February 21, 2008, outlining Newhall's interest in this case.  Declaration of Lisa T. Belenky at ¶¶ 3-4; Declaration of David P. Hubbard, Exh. A.  The Center responded with a letter dated February 29, 2008, in which it stated that it "would not object to limited intervention by Newhall solely on issues regarding the scope of interim relief in this action."  Decl. of Lisa T. Belenky, Exh. 1.  This was and is the Center's condition for non-opposition to Newhall's Motion to Intervene.  Decl. of Lisa T. Belenky at ¶ 6. If Newhall's intervention is limited solely to addressing issues regarding the scope of interim relief, then the Center does not oppose the motion. To the extent that Newhall seeks leave to intervene for any other purpose, however, the Center would oppose the motion and would request further briefing on the issue.

Dated:  March 24, 2008               s/ John Buse
                                     John Buse (CA Bar No. 163156)
                                     CENTER FOR BIOLOGICAL DIVERSITY
                                     Email: jbuse@biologicaldiversity.org

                                     Lisa T. Belenky (CA Bar No. 203225)
                                     CENTER FOR BIOLOGICAL DIVERSITY
                                     Email: lbelenky@biologicaldiversity.org

                                     Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, 2008, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Meredith Flax<br>Email: meredith.flax@usdoj.gov | Attorney for Defendants United States Fish and Wildlife Service and Dirk Kempthorne |
| David Hubbard<br>Email: dhubbard@gdandb.com | Attorney for Defendant-Intervenor Applicant Newhall Land and Farming Company |

Dated:  March 24, 2008                s/ John Buse
                                      John Buse (CA Bar No. 163156)
                                      CENTER FOR BIOLOGICAL DIVERSITY
                                      Email: jbuse@biologicaldiversity.org

                                      Attorney for Plaintiff