Lisa T. Belenky (CA Bar No. 203225)
CENTER FOR BIOLOGICAL DIVERSITY
1095 Market St., Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 307
Facsimile: (415) 436-9683
Email: lbelenky@biologicaldiversity.org

John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
5656 S. Dorchester Avenue No. 3
Chicago, IL 60637
Telephone: (323) 533-4416
Fax: (610) 885-2187
Email: jbuse@biologicaldiversity.org

Attorneys for Plaintiff
Center for Biological Diversity

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>Defendants. | Case No. 3:07-cv-02380-JM-AJB<br><br>**DECLARATION OF LISA T. BELENKY IN SUPPORT OF PLAINTIFF'S RESPONSE TO THE NEWHALL LAND AND FARMING COMPANY'S MOTION TO INTERVENE**<br><br>Assigned to:   Hon. Jeffrey T. Miller<br><br>Date:         April 25, 2008<br>Time:         1:30<br>Courtroom:    16 |

Decl. of Lisa T. Belenky in Support of Plaintiff's Response to Newhall Land and Farming Company's Motion to Intervene
Case No. 3:07-cv-02380-JM-AJB

I, Lisa T. Belenky, declare as follows:

1. I am an attorney of record for Plaintiff Center for Biological Diversity (the "Center") in this matter.

2. I am a staff attorney for the Center. I submit this declaration in support of the Center's Response to the Newhall Land and Farming Company's Motion to Intervene in this action. The facts stated herein are personally known to me and, if called as a witness, I would and could competently testify thereto.

3. On or about February 11, 2008, I was contacted by David Hubbard and Mark Dillon, attorneys for the Newhall Land and Farming Company ("Newhall"). Mr. Hubbard and Mr. Dillon indicated that Newhall was interested in intervening in this case, and that they wanted to determine the Center's position regarding Newhall's intervention. I stated that they should submit a proposal outlining Newhall's interest in this case and describing any limits that could be placed on intervention as a basis for the Center's non-opposition.

4. Mr. Hubbard subsequently prepared a letter, dated February 21, 2008, outlining Newhall's interest in this case, stating that Newhall will agree not to expand the issues beyond those touching on interim relief, and requesting that the Center stipulate to intervention on these terms.

5. In response to Mr. Hubbard's letter, I prepared a response dated February 29, 2008. The response stated that the Center "would not object to limited intervention by Newhall solely on issues regarding the scope of interim relief in this action as stated in your letter." A true and correct copy of the response is attached hereto as Exhibit 1.

6. The February 29, 2008 letter accurately reflects the Center's current position regarding Newhall's intervention.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 24th, 2008, in San Francisco, California.

                                                    s/ Lisa T. Belenky
                                                    Lisa T. Belenky

Decl. of Lisa T. Belenky in Support of Plaintiff's Response to Newhall Land and Farming Company's Motion to Intervene   1
Case No. 3:07-cv-02380-JM-AJB

# EXHIBIT 1


CENTER *for* BIOLOGICAL DIVERSITY

*VIA ELECTRONIC MAIL and U.S MAIL*

February 29, 2008

David Hubbard
Gatzke, Dillon & Balance LLP
1525 Faraday Ave, Suite 150
Carlsbad, CA 92008
dhubbard@gdandb.com

**Re: CBD v. FWS, Case No. 07-CV-02380-JM (AJB) (S.D. Cal), Challenge to Arroyo Toad Critical Habitat**

Dear David,

Thank you for your letter dated February 21, 2008, regarding the interests your client, Newhall Land and Farming Company, has in intervening in the above entitled action. As you note in your letter, liability is unlikely to be disputed in this case and the primary issues to be resolved are related to the remedies. You note that your client has a particular interest in any interim remedies that may be put in place during a remand period and that your client does not have any interest in "determining the FWS timetable for completing the new rule." Further you state that "Newhall will agree not to expand the issues beyond those touching on interim relief."

The Center for Biological Diversity would not object to limited intervention by Newhall solely on issues regarding the scope of interim relief in this action as stated in your letter. As part of such agreement, we would expect intervenors to agree to cooperate with all pending deadlines in this action some of which are rapidly approaching. For example, a Early Neutral Evaluation has been set by the Court for March 26, 2008, and settlement briefs are required to be submitted by the parties well before that time.

If these terms are agreeable to you, please send John Buse and me a copy of a draft stipulation or unopposed motion regarding intervention we will get back to you in a timely manner.

Sincerely,

*Lisa T. Belenky*

Lisa Belenky
Staff Attorney

Tucson • Phoenix • San Francisco • San Diego • Los Angeles • Joshua Tree • Silver City • Portland • Washington, DC

Lisa T. Belenky • Staff Attorney • 1095 Market St, Ste. 511 • San Francisco, CA 94103-1628
tel: (415) 436.9682 ext. 307  fax: (415) 436.9683  lbelenky@biologicaldiversity.org  www.BiologicalDiversity.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, 2008, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Meredith Flax<br>Email: meredith.flax@usdoj.gov | Attorney for Defendants United States Fish and Wildlife Service and Dirk Kempthorne |
| David Hubbard<br>Email: dhubbard@gdandb.com | Attorney for Defendant-Intervenor Applicant Newhall Land and Farming Company |

Dated:  March 24, 2008

s/ John Buse
John Buse (CA Bar No. 163156)
CENTER FOR BIOLOGICAL DIVERSITY
Email: jbuse@biologicaldiversity.org

Attorney for Plaintiff

Decl. of Lisa T. Belenky in Support of Plaintiff's Response to Newhall Land and Farming Company's Motion to Intervene    2
Case No. 3:07-cv-02380-JM-AJB