cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Civil No.07cv2380 JM (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE; AND, GRANTING NEWHALL LAND & FARMING COMPANIES MOTION TO INTERVENE (DOCKET NO. 8) |

On March 26, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Lisa Belenky, Esq. and David Hogan, client representative on behalf of plaintiff; David Hubbard, Esq. and Mark Subbotin, client representative on behalf of Intervener Newhall Land and Farming Company; Meredith Flax, Esq. and Cheryll Dobson, client representative on behalf of defendant USFWS.

The parties have tentatively reached an agreement settling the action. This is subject to the approval by the United States Fish and Wildlife Service.

The Court sets a telephonic Settlement Status Conference for *April 25, 2008 at 9:00 a.m.* to confirm final authority. Plaintiff's counsel will initiate the call at that time.

The proposed intervener, Newhall Land and Farming Company, has a motion to intervene scheduled for April 25, 2008 before Judge Miller. All other parties have confirmed to the Court that

1  there is no opposition to the motion being granted.  Newhall Land and Farming is a party to the
2  proposed agreement and a necessary signatory of record for a complete resolution of this matter.
3        At the direction and referral of Judge Miller, this court GRANTS THE MOTION TO INTER-
4  VENE. The Clerk is directed to file Intervener's previously submitted Answer forthwith. The Motion
5  hearing scheduled for April 25, 2008 is herewith VACATED.

7        IT IS SO ORDERED.

9  DATED:  March 26, 2008

                                                                    _____
                                                                    Hon. Anthony J. Battaglia
                                                                    U.S. Magistrate Judge
                                                                    United States District Court