cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | Civil No.07cv2380 JM (AJB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY |
| | ) | NEUTRAL EVALUATION |
| UNITED STATES FISH AND WILDLIFE | ) | CONFERENCE |
| SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 26, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action.  Appearing were Lisa Belenky, Esq. and David Hogan, client representative on behalf of plaintiff; David Hubbard, Esq. and Mark Subbotin, client representative on behalf of defendant Newhall Land; Meredith Flax, Esq. and Cheryll Dobson, client representative on behalf of defendant USFWS.

The parties have tentatively reached an agreement settling the action.  This is subject to the approval by the United States Fish and Wildlife Service.

The Court sets a telephonic Settlement Status Conference for *April 25, 2008 at 9:00 a.m.*  to confirm final authority.  Plaintiff's counsel will initiate the call at that time.

The proposed intervener, Newhall Land and Farming Company, has a motion to intervene scheduled for April 25, 2008.  All other parties confirm to the Court that there is no opposition to the

///

///

07cv2380

1   motion being granted.  Newhall Land and Farming is a party to the proposed agreement and a necessary

2   signatory of record for a complete resolution of this matter.

3        IT IS SO ORDERED.

4

5   DATED:  April 4, 2008

6   _____
    Hon. Anthony J. Battaglia
7   U.S. Magistrate Judge
    United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28