cal______

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | ) | Civil No.07cv2380 JM (AJB)<br><br>ORDER FOLLOWING SETTLEMENT STATUS CONFERENCE |

On April 25, 2008, the Court convened a Settlement Status Conference in the above entitled action. Appearing were Lisa Belenky, Esq. on behalf of plaintiff; David Hubbard, Esq. and Mark Subbotin, Esq. on behalf of defendant Newhall Land and Meredith Flax, Esq. and Cheryl Dobson, Esq. on behalf of defendant U.S.

The tentative settlement that was discussed at the Early Neutral Evaluation Conference cannot be confirmed. At this point, the parties need to decide how best to address plaintiff's interest in compelling an interim remedy for the relief sought. The parties will confer and discuss the need to continue to have Newhall Land involved, and what proceedings or information is necessary to posture the case for motions. This information will help in the development of a schedule.

///

///

///

The Court sets a telephonic Case Management Conference for ***May 9, 2008 at 10:00 a.m.*** Plaintiff's counsel will initiate the call. The Court is waiving the submission of a joint discovery plan.

IT IS SO ORDERED.

DATED: April 30, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court