cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED STATES FISH AND WILDLIFE ) <br> SERVICE, ) <br> ) <br> Defendants. ) <br> ) | Civil No.07cv2380 JM (AJB) <br><br> ORDER FOLLOWING CASE <br> MANAGEMENT CONFERENCE |

On May 9, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Lisa Belenky, Esq. on behalf of plaintiff; Meridith Flax, Esq. on behalf of defendant; David Hubbard, Esq. and Mark Subbotin, client representative on behalf of defendant intervenor.

Through further discussion by the parties, a settlement has been reached. This will resolve all claims and parties. Counsel will undertake to prepare the documentation leading to a closure of this case.

Anticipating the work to be done, the Court sets a telephonic Settlement Disposition Conference for *June 20, 2008 at 9:00 a.m.* Plaintiff's counsel will initiate the call at that time. If counsel report the

///
///
///
///

filing of the closing documents with the Court for Judge Miller's signature before June 20, 2008, this Court will vacate the Settlement Disposition Conference.

IT IS SO ORDERED.

DATED: May 13, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court