IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> U.S. FISH AND WILDLIFE SERVICE, et al. <br><br> Defendants, and <br><br> THE NEWHALL LAND AND FARMING COMPANY, <br><br> Defendant-Intervenor. | Case No. 07cv2380 JM(AJB) <br><br> ORDER |

**ORDER**

The terms and conditions of this Stipulated Settlement Agreement are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

DATED: June 17, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge